James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>DAVID LEE REID,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:06-CR-170 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *United States of America v. David Lee Reid*, case number 2:06-cr-00170-JCM-GWF.

Probation has indicated that Mr. Reid can be assessed for inpatient treatment on June 28, 2017, at 10:00 a.m.

Accordingly,

IT IS HEREBY ORDERED that the US Marshals Service shall release Mr. Reid into probation's custody on June 28, 2017, prior to 10:00 a.m.

IT IS FURTHER ORDERED that the status check set for June 29, 2017, at 1:30 p.m. be, and the same hereby is, VACATED.

DATED June 20, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE