UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:06-CR-170 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| DAVID LEE REID, | |
| Defendant(s). | |

Presently before the court is defendant David Lee Reid's unopposed motion to expedite revocation hearing. (ECF No. 80). Reid's current revocation hearing is set for September 26, 2017 at 10:30 AM, and Reid requests this court to vacate and reset the hearing to the earliest available date that is convenient for the court, citing health reasons. The government does not oppose. Good cause appearing, the motion is granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Reid's unopposed motion to expedite revocation hearing (ECF No. 80) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the revocation hearing presently scheduled for September 26, 2017, at 10:30 a.m. is hereby **VACATED** and **RESCHEDULED** for August 28, 2017, at 10:30 a.m.

DATED August 15, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**